**Order entered August 7, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00623-CR
### No. 05-19-00624-CR

### ENRIQUE PERALTA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 282nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause Nos. F18-75329-S & F18-75330-S

## ORDER

Before the Court is appellant's August 6, 2019 second motion to extend the time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before September 3, 2019. If appellant's brief is not filed by September 3, 2019, these appeals may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/     LANA MYERS
        JUSTICE